IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) TERRY PHILLIP CROW<br><br>    Plaintiff,<br><br>v.<br><br>(1) OLD REPUBLIC GENERAL<br>INSURANCE CORPORATION; and<br>(2) GALLAGHER BASSETT SERVICES,<br>INC.<br><br>    Defendants | Case No. 17-cv-548-JED-FHM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Terry Phillip Crow, stipulates with Defendants that Plaintiff's action against Defendants is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Donald E. Smolen, II
Donald E. Smolen, II, OBA #19944
Laura L. Hamilton, OBA #22619
701 South Cincinnati Ave
Tulsa, Oklahoma 74119
(918)585-2667
(918)585-2669 (f)
**ATTORNEYS FOR PLAINTIFF**

/s/Curtis J. Roberts*
Curtis J. Roberts, OBA #19923
FRANDEN | FARRIS | QUILLIN
   GOODNIGHT + ROBERTS
2 W. 2nd Street, Ste. 900
Tulsa, Oklahoma 74103
(918)583-7129
(918)584-3814 (f)
croberts@tulsalawyer.com

and

1

David J. Schubert
Texas State Bar No. 17820800
E-Mail: DSchubert@SchubertEvans.com
Schubert & Evans, P.C.
900 Jackson, Suite 630
Dallas, Texas 75202
Telephone: (214) 744-4400
Facsimile: (214) 744-4403
**ATTORNEYS FOR DEFENDANT**
**OLD REPUBLIC**

Deanne C. Ayers *(Pro Hac Vice* Granted)
Texas State Bar No. 01465820
Julie B. Tebbets *(Pro Hac Vice* Granted)
Texas State Bar No. 00793419
AYERS & AYERS
4205 Gateway Drive, Suite 100
Colleyville, Texas 76034
Telephone: (817)267-9009
Facsimile: (817)318-0663

and

James Nicholas Crews*
James Nicholas Crews, OBA #30850
FULKERSON & CREWS
P.O. Box 701290
Tulsa, Oklahoma 74170
(918)794-8186
(918)794-9078 (f)

**ATTORNEYS FOR DEFENDANT**
**GALLAGHER BASSETT**

*Signed by filing attorney with permission.